[No. 30139-7-III.   Division Three.   August 23, 2012.]

TAMARA J. METTLING, *Respondent*, v. LARRY HUTCHISON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-2-00783-6, Craig J. Matheson, J., entered July 12, 2011. *Reversed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 67053-1-I.   Division One.   August 27, 2012.]

HOME DEPOT USA, INC., *Appellant*, v. THOMAS L. ACKLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-05424-8, Larry E. McKeeman, J., entered March 24, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox and Lau, JJ.

[No. 67402-1-I.   Division One.   August 27, 2012.]

CODY HIATT, *Appellant*, v. AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-44594-0, Michael Heavey, J., entered June 7, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ.

[No. 41256-0-II.   Division Two.   August 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00442-1, Amber L. Finlay, J., entered September 27, 2010. *Reversed* and *remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.